AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 24-mj-47 |
| | ) | |
| Marvell Trenvenski Jackson, Jr. | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 7, 2024____ in the county of ____East Baton Rouge____ in the ____Middle____ District of ____Louisiana____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1704 and 18 U.S.C. § 1708. | Keys or Locks Stolen or Reproduced and Mail Theft. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Alexander Wazenkewitz

Digitally signed by Alexander Wazenkewitz
Date: 2024.05.03 16:35:31 -05'00'

*Complainant's signature*

Alexander Wazenkewitz, Postal Inspector

*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by ____telephone____ (*specify reliable electronic means*).

Date: ____May 3, 2024____

*Judge's signature*

City and state: ____Baton Rouge, LA____      Honorable Scott D. Johnson, U.S. Magistrate Judge

*Printed name and title*

USA Sealed Group, USM and USPO

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Alexander Wazenkewitz, being first duly sworn, depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this Affidavit in support of an application for a warrant to arrest Marvell Trenvenski Jackson, Jr. ("Jackson").

2.      As set forth below, there is probable cause to believe Jackson, a 24-year-old male residing at 333 Laurel Street APT 4N, Baton Rouge, LA 70801, has violated Title 18 United States Code § 1708, Mail Theft; and Title 18 United States Code § 1704, Keys or Locks Stolen or Reproduced.

3.      I have been employed since June 2023 as a United States Postal Inspector with the United States Postal Inspection Service ("USPIS"). I am currently assigned to the Houston Division, Baton Rouge Domicile. As part of my duties, I have participated in and conducted investigations involving violations of federal criminal laws relating to the Postal Service including Title 18 United States Code § 1702, Obstruction of Correspondence, Title 18 United States Code § 1704, Keys or Locks Stolen or Reproduced, Title 18 United States Code § 1344, Bank Fraud, and Title 18 United States Code § 1708, Mail Theft. Prior to employment as an Inspector with USPIS, I spent three years as a Special Agent with the Diplomatic Security Service. I have been trained in various aspects of law enforcement, including the investigation of mail theft, mail fraud, and narcotics related offenses. Through my education and experience and that of other agents assisting in this investigation, I have become familiar with the methods that individuals use to commit theft of mail, including the use of stolen or reproduced United States Postal Service ("USPS") carrier keys, known as arrow keys, to facilitate volume mail theft.

4.      This Affidavit is based upon my personal knowledge, experience, training, and other information developed during the course of this investigation. This Affidavit is also based upon information and experience imparted to me by other law enforcement officers. Since this Affidavit is submitted for the limited purposes of establishing probable cause to secure the requested warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of Title 18 United States Code §§ 1704 and 1708 have been committed and continue to be committed by Jackson.

## BACKGROUND

5.      U.S. Postal Inspectors have recently received mail theft complaints from customers in Baton Rouge, LA and surrounding areas, within the Middle District of Louisiana. Specifically, numerous customers reported mailing checks enclosed in First Class Letters and depositing the letters in USPS collection boxes, commonly referred to as "blue boxes" located in and around the Baton Rouge area; however, the checks were not received by their intended recipients. In some cases, the stolen checks have been altered and subsequently bear different names and/or amounts. In other cases, counterfeit checks have been created utilizing the account numbers and routing information from the stolen checks. Typically, these fraudulent checks have been deposited into the banking accounts of the person now named as the payee on the fraudulent check through two methods. Both methods require the account holder to share their private banking information and/or debit cards with the fraudster(s) orchestrating the scheme. The first method involves the fraudster(s), some known and some unknown, depositing the fraudulent checks via Automated Teller Machines (ATMs) with the account holder's debit card and Personal Identification Number (PIN). The second method involves the fraudster(s), some

2

known and some unknown, depositing the fraudulent checks. This is accomplished simply by using any cellular smart phone and the online banking login username and password of the account holder.

6.     Once the fraudulent checks are deposited, the fraudster(s), some known and some unknown, wait for the funds to post to the account. In some cases, the bank will provide the account with a provisional credit before the check clearing process between the banks even occurs. In other cases, the check clearing process between the banks must complete in order for the account to reflect the available funds. In either case, once funds become available to the fraudster(s), they quickly withdraw the available funds via ATM, electronic bank transfers, or money orders. If the fraud is not identified by the banking institutions during the check clearing process, a debit will occur on the accounts held by the customers from the original stolen checks.

7.     Sometime later, usually several weeks, banking institutions determine the checks are fraudulent. Each banking institution usually conducts an internal investigation to determine the course of action. The accounts held by the customers from the original stolen check are always refunded by their banking institution. The sender and receiver banking institutions determine through their legal departments which banking institution will sustain the financial loss. The bank whose customer received the fraudulent check deposit will either choose to end their banking relationship with the customer due to suspicion of fraud or simply close their account and issue them a new one. Regardless of how the checks are negotiated, each of these schemes begin with fraudsters obtaining checks unlawfully by committing violations of Title 18 United States Code § 1708, Theft of Mail, by breaking into or using illicitly obtained postal keys to get into the blue boxes containing the checks.

3

8.      In many cases, checks are ultimately fraudulently deposited by the individuals committing the theft of mail. In other cases, the individuals and/or co-conspirators responsible for depositing the checks or allowing checks to be fraudulently deposited into their accounts are recruited on various social media platforms. These opportunities entail depositing stolen altered or counterfeit checks into their accounts and removing the funds or providing other co-conspirators with information to do the same. Sometimes checks are sold at a discounted rate to other individuals.

9.      During this investigation, your affiant learned fraudsters/thieves have unlawfully obtained and utilized USPS Arrow Keys to steal U.S. Mail from USPS Collection Boxes. These keys are controlled items and should only be used by USPS employees during their official duties.

<strong><u>FACTS ESTABLISHING PROBABLE CAUSE</u></strong>

10.      On February 7, 2024, Jessica Holiday, the acting manager of Baton Rouge Downtown Station Post Office, located at 750 Florida Street, Baton Rouge, LA 70810, reported a volume attack of a blue collection box to the USPIS National Law Enforcement Communications Center. Holiday stated a postal customer approached her and reported that a subject used a USPS Arrow Key to break into the collection box. The customer was unable to provide a description of the subject, but they were able to see the back of the subject's vehicle as he drove away. Holiday reported the vehicle as a grey Mazda sedan, and the license plate was partially covered with a piece of paper.

11.      Postal Inspectors were notified of the incident and pulled video surveillance footage from the location. The footage showed a single black male, wearing a hoodie, approaching two collection boxes in a grey Mazda 3 sedan at approximately 3:45 PM on

February 7, 2024. The subject stopped the vehicle next to the first box, got out of his vehicle, opened the front passenger door, opened the collection box in a matter of seconds, and placed the contents into the passenger side of the car. The subject then reentered his vehicle, pulled forward to the next box, and repeated the same act, placing the contents of the second box into the passenger side of the vehicle. The video then showed a black SUV pull up next to the subject. The individual in the black SUV, later identified as ███████████████████████ a Baton Rouge City Court Judge, confronted the subject. The subject then who reentered the grey Mazda and departed the scene. ███████ who reported the incident to Holiday.

12.    Postal Inspectors identified the vehicle license plate (LA – 550 GQM) using License Plate Reader data from law enforcement databases. Inspectors then discovered the 2023 Mazda 3 is registered to █████████████████ with an address of 4944 South Sherwood Forest Blvd APT 257, Baton Rouge, LA. Inspectors interviewed the apartment manager for this apartment complex on February 29, 2024 and discovered Jackson was listed as ██████ emergency contact on her lease application. They also discovered ██████ ended the lease and moved out in December of 2023. Inspectors identified through law enforcement databases that ██████ was associated with the residence located 9363 Pecan Tree Drive, Baton Rouge, LA 70810. Jackson's address is listed as 9363 Pecan Tree Drive on his Louisiana driver's license. Jackson's mother, Charletta Jackson, is the leaseholder of the residence and also resides there.

13.    Inspectors learned ██████ is employed as a surgical technician at Baton Rouge General Hospital located at 8940 Picardy Ave, Baton Rouge, LA. On February 29, 2024, Inspector Wazenkewitz identified ██████ Mazda 3 parked in the Baton Rouge General Hospital parking lot. At approximately 2:45 PM, Inspector Wazenkewitz observed ██████ approach her vehicle and depart the parking lot. Inspector Wazenkewitz followed ██████ until she turned into

5

a parking garage at 333 Laurel St., Baton Rouge, LA 70801, which is the parking lot for residents of The Commerce Building Apartments. Inspector Wazenkewitz then drove to 9363 Pecan Tree Drive to conduct surveillance of the Jackson's residence. At approximately 4:20 PM, ████ Mazda arrived at the residence and a black male matching the description of Jackson exited the vehicle and entered the house. Minutes later, another black male matching the description of Rayquan Leon Ransom ("Ransom") arrived on a four-wheeler and entered the residence. Inspector Wazenkewitz ended the surveillance shortly thereafter. Ransom is the cousin of Jackson and frequently spends time with Jackson. Ransom has several arrests in various jurisdictions throughout Southern Louisiana for crimes including identity theft, forgery, and bank fraud.

14.    On March 25, 2024, Postal Inspectors in Houston, TX investigated a report of an attempted robbery of a postal carrier, Lacothia Powell ("Powell"), that occurred on March 18, 2024. Powell reported that a white Ford Explorer blocked her postal vehicle near 3832 Mainer Street, Houston, TX. Powell stated that three black males exited the vehicle, surrounded her vehicle, and demanded she give them her Arrow Key. She stated that one of the individuals appeared to have a firearm in his pocket, but never displayed it. Powell stated she told them she did not have a key, and one of the individuals told her "I need an inside person." Powell stated the three individuals then reentered the white Ford Explorer and departed. Powell memorized the suspect vehicle license plate and provided it to inspectors (179GJM – Louisiana).

15.    Inspectors discovered the vehicle was registered to a Jonte Smith ("Smith") of Baton Rouge, LA. Smith owns and operates J. Smith Rentals located at 11616 Industriplex Boulevard, Suite 2, Baton Rouge, LA 70809. Inspectors contacted Smith and confirmed the white Ford Explorer was being rented by a customer known to Smith as ████████. Smith

stated ▮▮▮▮ is a recurring customer and has rented from Smith approximately ten to fifteen times, if not more. Smith stated that on one prior occasion, ▮▮▮▮ boyfriend dropped off one of Smith's rental vehicles that ▮▮▮▮ rented. Smith stated that ▮▮▮▮ boyfriend is a black male with short hair but was unable to provide a more detailed description.

16.    A concurrent investigation by East Baton Rouge Sheriff's Office (EBRSO) resulted in the issuance of an arrest warrant for Ransom as well as a search warrant for the residence at 9363 Pecan Tree Drive. These warrants were executed on May 1, 2024. Jackson was present at 9363 Pecan Tree Drive when officers arrived but was allowed to leave prior to the start of the search warrant due to no probable to arrest Jackson. Ransom was also present, fled the scene on foot, and was subsequently caught and arrested after a foot chase. The search warrant of the residence resulted in the seizure of numerous stolen checks, blank checks, printers, a large amount of stolen mail matter addressed to recipients from Houston, TX, Baton Rouge, and the surrounding area. However, no USPS Arrow Key was recovered.

17.    When EBRSO deputies notified Inspectors that the search warrant was ongoing, Inspectors Wazenkewitz and Stifflemire went to Baton Rouge General Hospital to interview ▮▮▮▮ Inspectors recorded audio of the interview. ▮▮▮▮ stated she was the girlfriend of Jackson and that he lived with her at 333 Laurel St, APT 4N, Baton Rouge, LA. She stated that Jackson frequently uses her Mazda 3 and that she has rented vehicles for Jackson several times from J. Smith Rentals. She stated she rents the vehicles for Jackson because he does not have vehicle insurance. ▮▮▮▮ confirmed renting the white Ford Explorer in March for Jackson to go to Houston. She stated he went to Houston to visit friends. ▮▮▮▮ stated she was unaware of any criminal activity that Jackson or Ransom were involved in. Inspectors displayed the video of the

7

February 7th Florida Street collection box theft with her Mazda 3. ███ identified the individual in the video as her boyfriend, Marvell Trevenski Jackson, Jr.

18.    Among the items seized during the search warrant conducted by EBRSO at 9363 Pecan Tree Drive on May 1, 2024 were several checks dated on February 5th, February 6th and February 7th, 2024. Two checks specifically were from McGlynn, Glisson, & Mouton (MGM) Injury Attorneys for amounts of $13,333.33 and $3,087.72 (seen below). On May 2, 2024, Inspector Wazenkewitz contacted MGM and confirmed those checks were deposited on February 7, 2024 in the blue mail collection boxes located at 750 Florida Street, Baton Rouge, LA.



19.     The analysis of the large amount of evidence seized from the search warrant at 9363 Pecan Tree Drive, including dozens of checks and stolen mail matter, is still currently ongoing. Several of these checks are dated on or around February 7, 2024 (seen below).



20.     Furthermore, several documents were discovered and seized during the aforementioned search warrant that show Jackson obtained personal information and bank account information of likely unwitting persons in order to conduct bank fraud (seen below). Inspectors are in the process of attempting to contact these persons/account holders and confirm their knowledge of this activity.



## **CONCLUSION**

21.     Based on the facts set forth in this Affidavit, I believe there is probable cause to believe that Marvell Trenvenski Jackson, Jr. violated Title 18, United States Code, Section 1708, Mail Theft, and Title 18, United States Code, Section 1704, Keys or Locks Stolen or Reproduced.

Alexander Wazenkewitz

Digitally signed by Alexander
Wazenkewitz
Date: 2024.05.03 16:36:04 -05'00'

Alexander J. Wazenkewitz
United States Postal Inspector

Affidavit submitted by email/pdf. and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the  3rd  day of May, 2024.

HONORABLE SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

10