# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

## INDICTMENT FOR THEFT OF MAIL
## AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-8l-SDD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1708 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| MARVELL TREVENSKI JACKSON, JR. | : | 28 U.S.C. § 2461 |

## THE GRAND JURY CHARGES:

On or about February 7, 2024, in the Middle District of Louisiana, the defendant, **MARVELL TREVENSKI JACKSON, JR.**, did steal and take United States mail, and articles and things contained therein, from and out of an authorized depository for mail matter located at 750 Florida Street in Baton Rouge, Louisiana.

The above is a violation of Title 18, United States Code, Section 1708.

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction the sole count in this Indictment, **MARVELL TREVENSKI JACKSON, JR.**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real or personal, that is involved in or constitutes or is derived from proceeds traceable to the aforementioned offense.

UNITED STATES OF AMERICA, BY      **A TRUE BILL**

**REDACTED
PER PRIVACY ACT**

_____    _____
ELLISON C. TRAVIS             GRAND JURY FOREPERSON
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____    7/2/2025
KRISTEN LUNDIN CRAIG         _____
ASSISTANT UNITED STATES ATTORNEY  DATE

# Criminal Cover Sheet     U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: PSUS

*Agent: Alex Wazenkewit

**Matter to be sealed:** ☐ Yes ☑ No

Related Case Information:

Superseding BOI ☐    Docket Number _____

Same Defendant ☑    New Defendant ☐

Magistrate Case Number: 24-mj-47

Search Warrant Case No.: _____

R 20/ R 40 from District of: _____

**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: MARVELL TREVENSKI JACKON, JR

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Kristen L. Craig     Bar #: LBN 32565

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: _____1_____

**Mandatory Minimum Charged?** ☐ Yes ☑ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18 U.S.C. § 1708 | Theft of Mail | 1 | F |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 7/2/20    Signature of AUSA: _Kristen Craig_

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

***GRAND JURY RETURN***

Date: July 2, 2025

UNITED STATES OF AMERICA

VERSUS

MARVELL TREVENSKI JACKSON, JR.

CRIMINAL ACTION

NO. 25-81-SDD-RLB

PRESENT: Jamie Flowers
Counsel for U.S.A.

Indictment filed into the record.

\* \* \* \* \*