# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR
### CONSPIRACY TO COMMIT BANK FRAUD, THEFT OF MAIL, AND
### NOTICE OF FORFEITURE

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    FEB 18 2026

EDC
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-81-BAJ-RLB |
| | : | |
| | : | 18 U.S.C. § 1349 |
| *versus* | : | 18 U.S.C. § 1344 |
| | : | 18 U.S.C. § 1708 |
| | : | 18 U.S.C. § 982(a)(2)(A) |
| MARVELL TREVENSKI JACKSON, JR. | : | 28 U.S.C. § 2461(c) |
| | : | |

## THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Bill of Information:

### General Allegations

1.    **MARVELL TREVENSKI JACKSON, JR. ("JACKSON")**, defendant herein, was a resident of Baton Rouge, Louisiana, in the Middle District of Louisiana.

2.    Co-Conspirator 1, a resident of Denham Springs, Louisiana, was a mail carrier with the United States Postal Service ("USPS").

3.    Neighbors Federal Credit Union ("NFCU"), Essential Federal Credit Union ("EFCU"), and First Guarantee Bank and Trust ("FGB") were federally insured financial institutions operating in the Middle District of Louisiana and elsewhere.

4.    "Phishing" was a cyber-attack technique whereby perpetrators sent emails or text messages purporting to be from reputable companies in order to induce victims to reveal personal information, such as usernames, passwords, or bank account numbers.

5. "Smishing," short for "SMS phishing," was a type of phishing executed via Short Message Service ("SMS") or other data-based messaging applications.

## COUNT ONE
### Conspiracy to Commit Bank Fraud
### (18 U.S.C. §1349)

6. Paragraphs 1 through 5 of this Information are re-alleged and incorporated by reference herein.

**The Conspiracy**

7. Beginning in at least July 2023, and continuing through at least May 2025, in the Middle District of Louisiana and elsewhere, MARVELL TREVENSKI JACKSON, JR., defendant herein, did conspire and agree with others, known and unknown to the grand jury, to commit bank fraud, that is, to knowingly execute a scheme and artifice to defraud in order to obtain funds in the custody and control of NFCU, EFCU, FGB, and other federally insured financial institutions, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

**The Object and Purpose of the Conspiracy**

8. The object and purpose of the conspiracy was for JACKSON and his co-conspirators to unjustly enrich themselves by defrauding federally insured financial institutions and their customers.

**Manner and Means**

9. In order to accomplish the object and purpose of the conspiracy, JACKSON and his co-conspirators used the following manner and means, among others:

a.  Members of the conspiracy, including JACKSON, obtained personal identifying information ("PII"), along with personal and business checks, that were stolen from the U.S. Mail.

b.  In some cases, members of the conspiracy used the PII and account information that they obtained from the stolen mail to create counterfeit checks drawn on the accounts of bank customers.  In other instances, members of the conspiracy, including JACKSON, altered the stolen checks by changing the amounts payable and making the checks payable to themselves or others.

c.  Members of the conspiracy, including JACKSON, deposited the altered and counterfeit checks into their own bank accounts or into other bank accounts under their control.

d.  Thereafter, members of the conspiracy, including JACKSON, withdrew the stolen funds as cash, conducted transactions, or electronically transferred the funds to themselves or others, all before the financial institutions detected the fraud.

e.  In order to unlawfully access customer accounts, members of the conspiracy also utilized smishing to trick bank customers into revealing personal and confidential information, including usernames, passwords, or other login credentials for their bank accounts.

f.  Members of the conspiracy disseminated text messages alerting customers of NFCU, EFCU, and FGB of purported financial transactions on their bank accounts. The text messages included a link which appeared to direct the customers to their financial institution's website to confirm the validity of the purported transaction, when in fact,

the link directed the bank customers to input confidential information or login credentials for their bank accounts that could be accessed by members of the conspiracy.

g.      In some cases, after a bank customer clicked on the link, members of the conspiracy also called the customers to elicit personal and confidential information regarding their accounts by impersonating bank employees.

h.      To further the purpose of the conspiracy and to evade detection, members of the conspiracy, including JACKSON, recruited money mules to open bank accounts at NFCU, EFCU, and FGB, which could be used to receive unauthorized electronic transfers from customers' bank accounts in exchange for keeping a portion of the stolen funds.

i.      Members of the conspiracy unlawfully accessed and transferred funds from customer's accounts to the accounts opened by money mules at NFCU, EFCU, and FGB.

j.      Members of the conspiracy, including JACKSON, directed the money mules to withdraw the funds or to transfer the funds electronically and to provide those funds to JACKSON.

k.      In total, JACKSON and his conspirators obtained or sought to obtain at least $820,000 by defrauding financial institutions and their customers.

The above is a violation of Title 18, United States Code, Section 1349.

### COUNT TWO
**Theft of Mail**
**(U.S.C. §1708)**

10.      Paragraphs 1 through 9 of this Information are re-alleged and incorporated by reference herein.

4

11. On or about February 7, 2024, in the Middle District of Louisiana, the defendant, **MARVELL TREVENSKI JACKSON, JR.**, did steal and take United States mail, and articles and things contained therein, from and out of an authorized depository for mail matter located at 750 Florida Street in Baton Rouge, Louisiana.

The above is a violation of Title 18, United States Code, Section 1708.

## **NOTICE OF FORFEITURE**

12. The allegations contained in Counts 1 and 2 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

13. Upon conviction of the offense alleged in Count 1, JACKSON shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

14. Upon conviction of the offense alleged in Count 2, JACKSON shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real or personal, that constitutes or is derived from proceeds traceable to the aforementioned offense.

15. If any of the above-described property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

e.     has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), and the United States shall be entitled to a forfeiture money judgment.

UNITED STATES OF AMERICA, by

DATE: 2/18/22

KURT WALL
UNITED STATES ATTORNEY

KRISTEN LUNDIN CRAIG
ASSISTANT UNITED STATES ATTORNEY

# Criminal Cover Sheet      U.S. District Court

**Place of Offense:**

City: **Baton Rouge**

County/Parish: **East Baton Rouge**

*Investigating Agency: **USPIS**

*Agent: **Alex Wazenkewitz**

**Matter to be sealed:** ☐ Yes ☑ No

Related Case Information:

Superseding BOI ☑    Docket Number **25-81-BAJ-RLB**

Same Defendant ☑    New Defendant ☐

Magistrate Case Number: **24-mj-47**

Search Warrant Case No.: _____

R 20/ R 40 from District of: _____

**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: **MARVELL TREVENSKI JACKSON, JR**

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: **Kristen L. Craig**      Bar #: **LBN 32565**

**Interpreter:** ☐ Yes ☑ No      **List language and/or dialect:** _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____

☐ Already in State Custody

☑ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: **2**

**Mandatory Minimum Charged?**

☐ Yes ☑ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|----------------------------|
| 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 | F |
| 18 U.S.C. § 1708 | Theft of Mail | 2 | F |
| | | | |
| | | | |

(May be continued on second sheet)

Date: **2/18/26**      Signature of AUSA: _Kristen Craig_